UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH M. KING, )<br>)<br>Plaintiff, )<br>)            NO.  CV-08-179-CI<br>v. )<br>)<br>MICHAEL J. ASTRUE, )    **JUDGMENT IN A**<br>Commissioner of Social Security, )    **CIVIL CASE**<br>)<br>Defendant. )<br>_____ ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings consistent with the Court's decision and sentence four of 42 U.S.C. §405(g) .  Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED this 28th day of May, 2009.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk