UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOSEPH KING,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

NO. CV-08-179-CI

**AMENDED JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

Defendant's Motion to Alter or Amend the Judgment has been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion to Alter or Amend the Judgment is **GRANTED**. Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**. Judgment is entered for Defendant.

DATED: August 25, 2009

                                      JAMES R. LARSEN
                                      District Court Executive/Clerk

                                      s/ L. Stejskal
                                      Deputy Clerk